IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**CLYDE BENNETT II,**

**Defendant.**

**I N F O R M A T I O N**
31 U.S.C. § 5324(a)(3)and(d)(2)
18 U.S.C. § 2
31 C.F.R. §§ 103.11 and 103.22

3:07 cr 014
THOMAS M. ROSE

THE UNITED STATES ATTORNEY:

### INTRODUCTION

1. Between on or about August 15, 2002 and January 15, 2003, in the Southern District of Ohio, the defendant, **CLYDE BENNETT II**, knowingly and for the purpose of evading the reporting requirements established under 31 U.S.C. § 5313(a), and the regulations promulgated thereunder, to wit: 31 C.F.R. §§ 103.11 and 103.22, did structure, and attempt to structure, the following U.S. currency transactions with a domestic financial institution identified below, and did so as part of a pattern of illegal structuring activity involving more than $100,000 in a 12-month period:

## COUNT 1
### (Structuring Financial Transactions)

2. Between on or about September 23, 2002, and September 27, 2002, defendant **CLYDE BENNETT II** structured $32,000 in currency by depositing $8,000 in currency with Fifth Third Bank Branch located at 916 Main St., Cincinnati, Ohio; by depositing $7,000 in currency at the Fifth Third Bank Branch located at 38 Fountain Square, Cincinnati, Ohio; by depositing $3,000 in currency at the Fifth Third Bank Branch located at 38 Fountain Square, Cincinnati, Ohio; by depositing $4,000 in currency at the Fifth Third Bank Branch located at Fifth and Broadway, Cincinnati, Ohio; by depositing $4,000 in currency at the Fifth Third Bank Branch located at 38 Fountain Square, Cincinnati, Ohio; and by depositing $6,000 in currency at the Fifth Third Bank Branch located at 38 Fountain Square, Cincinnati, Ohio each into another individual's savings account # XX-XX1635.

All in violation of 31 U.S.C. § 5324(a)(3) and (d)(2) and 18 U.S.C. §2, and 31 C.F.R. §§ 103.11 and 103.22

GREGORY G. LOCKHART
United States Attorney

VIPAL J. PATEL
Deputy Chief, Criminal Division